HONORABLE M. R. Krauitz CT/cvmhrg (January 10, 2002)
DEPUTY CLERK K. Ghilardi RPTR/ERO/TAPE _____

TOTAL TIME: ___ hours ___ minutes

DATE Dec 15 2003   START TIME 9:55   END TIME 11:05
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Gervais

CIVIL NO. 3:02cv1273 mRK

vs.

Zenas Zelotes
Plaintiff's Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

O'connell, Harris et al

Defendant's Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ #15   Motion  Motion for Default Judgement   ☐ granted  ☐ denied  ☑ advisement

Hearing continued until _____ at _____