AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

Gervais

DISTRICT OF Connecticut

v.

O'Connell, Harris et [al]

FILED PHF's EXHIBIT AND WITNESS LIST

DEC 18  10 09 AM '03

CASE NUMBER: 3:02CV1273 MRK

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Zenas Zelotes | |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| | Rebecca Rodko | Kenneth Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/15/03 | | | Gilbert J. Gervais |
| 1 | | 12/15/03 | ✓ | ✓ | Personal check dated 6/28/02 |
| 2 | | 12/15/03 | ✓ | ✓ | Printed check dated 6/28/02 |
| 3 | | 12/15/03 | ✓ | ✓ | Letter dated 10/11/2000 |
| 4 | | 12/15/03 | ✓ | ✓ | Letter dated 10/23/2001 |
| 5 | | 12/15/03 | ✓ | ✓ | Letter dated 9/19/2002 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages