UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GILBERT J. GERVAIS :

    v. : Civil No. 3:02CV1273 (MRK)
William R. Harris :
Philip O'Connell
O'Connell, Harris & Assoc. Inc.
John Riley :

## DEFAULT JUDGMENT

This action came on for consideration before the Honorable Mark R. Kravitz, United States District Judge as a result of the plaintiff's motion to enter default judgment.

On September 02, 2003, a default was entered against the defendants William R. Harris, Philip O'Connell and O'Connell, Harris & Assoc. Inc.. The plaintiff filed a motion for default judgment which was granted after a hearing on December 15, 2003, in the amount of $17,720.00 . At the hearing on December 15, 2003, the plaintiff dismissed his claim against defendant John Riley.

Therefore, it is hereby **ORDERED** and **ADJUDGED** that judgment is entered in favor of the plaintiff against the defendants, in the amount of $17,720.00, and the case is closed.

Dated at New Haven, Connecticut this 29th day of December, 2003.

KEVIN F. ROWE, Clerk

EOD_____ _____/s/_____
Betty J. Torday
Deputy Clerk